UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

COPY
PLEASE RECEIPT AND RETURN

UNITED STATES OF AMERICA, )
)
v. ) Case No: 08mj0923
)
GONZALO RAMOS (3) )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( X ) Ad Prosequendum ( ) Ad Testificandum.

Name of Detainee: GONZALO RAMOS
Detained at (custodian): Shafter Community Correction Facility
Detainee is: a.) (X) charged in this district by:
( ) Indictment ( ) Information (X) Complaint
Charging Detainee With: 21 U.S.C. §§ 841(a)(1) and 846
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) ( X ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

RECEIVED
08 APR -7 AM 11:

Appearance is necessary on 04/22/08 at 2:30 p.m. before the Honorable Jan M. Adler located at the Federal Courthouse, 940 Front Street, 1st Floor, San Diego, California.

I hereby attest and certify on 4/1/2008
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By [signature] Deputy

Signature: [signature]
Print Name and Phone: SHERRI W. HOBSON (619) 557-5027
Attorney of Record for: Government

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

4/1/08
Date

[signature]
United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | MALE | X |
| Booking or Fed. Reg. #: | CDC #F088607 | DOB: | |
| Facility Address: | 1150 East Ash | Race: | Caucasian |
| | Shafter, CA 93263 | FBI #: | |
| Facility Phone: | (616) 746-8900 | | |
| Currently Incarcerated For: | Conspiracy to Distribute Methamphetamine | | |

**RETURN OF SERVICE**

Executed on ______________ by ______________ ______________
(Signature)

gkm

N:\MJohnson2\misc\state writ gonzalo ramos swh.wpd
Form Crim-48

Revised 9/22/97

# Memorandum

| Subject | |
|---|---|
| AUSA REQUESTS/WRIT OF HABEAS CORPUS | April 1, 2008 |

| To | From |
|---|---|
| U.S. Marshals Service | Sherri W. Hobson<br>Assistant U.S. Attorney |

The following information is submitted in order to expedite the execution of the attached AUSA request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transporting deputies.

NAME: **GONZALO RAMOS**

AKA: ______________________

DOB or AGE: ____________ RACE: W SEX: M

BOOKING NO.: **CDC F088607** BOP NO.: ___________

FBI NO.: ______________________________

FEDERAL/STATE CHARGES: 21 U.S.C. §§ 846 and 841(a)(1)

CASE NO.: **08mj0923** INSTITUTE'S PHONE #: **616-746-8900**

OTHER INFORMATION AS TO HANDLING OF SUBJECT, ETC.:

*It is understood that ten working days are needed to process AUSA requests/writs of habeas corpus, except for those directed to San Diego County Jail, and then 3 working days are needed.*

**(THIS MEMO IS TO REMAIN ATTACHED TO THE AUSA REQUEST/WRIT)**