FILED
MAY 2 2 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRhme DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GONZALO RAMOS, Defendant. | Crim. Case No. 08cr1689-W<br>**I N F O R M A T I O N**<br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine |

The United States Attorney charges:

Beginning at a date unknown and continuing up to March 26, 2008, within the Southern District of California, and elsewhere, defendant GONZALO RAMOS did knowingly and intentionally conspire with each other and other persons to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: 5/20/08.

KAREN P. HEWITT
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney

23 DSW