AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
GONZALO RAMOS

## WAIVER OF INDICTMENT

08cr1689-W
CASE NUMBER: 08-MJ-0923

I, GONZALO RAMOS, the above named defendant, who is accused of Title 21 U.S.C. §§ 846, 841(a) conspiracy to distribute methamphetamine, a schedule II controlled substance.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MAY 22, 2008 prosecution by indictment and consent that the pro-
*Date*

ceeding may be by information rather than by indictment.

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

[signature]
*Defendant*

[signature]
*Counsel for Defendant*

Before [signature]
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd