WENDY S. GERBOTH
Attorney at Law
California State Bar No. 167687
964 Fifth Ave., Ste. 214
San Diego, CA 92101
Telephone: (619) 699-5969
Facsimile: (619) 699-5967

Attorney for Defendant Ramos

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GONZALO RAMOS(3),<br><br>Defendant | CASE NO. 08-CR-1689-TW<br><br>DEFENDANT'S APPLICATION FOR ORDER AUTHORIZING COPY CONNECTION TO BILL THE COURT DIRECTLY FOR DISCOVERY |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;

SHERRI WALKER HOBSON, ASSISTANT UNITED STATES ATTORNEY

The above-named defendant, by and through counsel moves this Court for an order authorizing Copy Connection to bill the Court directly for discovery for Orders up to an additional $500. The cumulative costs of obtaining the discovery are beyond the amounts normally expected for criminal cases appointed pursuant to the Criminal Justice Act.

DATED: September 2, 2008

*S/ Wendy S. Gerboth*
Wendy S. Gerboth
Attorney for Defendant Ramos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GUSTAVO RAMOS (3), Defendant. | Criminal No. 08-CR-1689-TW <br> PROOF OF SERVICE |

I, the undersigned, say:

1. I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

2. My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

3. I served the within **DEFENDANT'S APPLICATION FOR ORDER AUTHORIZING COPY CONNECTION TO BILL THE COURT DIRECTLY FOR DISCOVERY** on the Court and opposing counsel by electronically filing through the CM/ECF with the Clerk of the District Court, which electronically notifies them:

sherri.hobson@usdoj.gov
Attorney for plaintiff United States of America

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2008 at San Diego, California.

*/s/ Wendy S. Gerboth*
WENDY S. GERBOTH