FILED
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GONZALO RAMOS (3),<br>Defendant. | Case No. ~~06~~ 08-CR-1689-TW<br><br>**ORDER AUTHORIZING COPY CONNECTION TO BILL THE COURT DIRECTLY FOR DISCOVERY** |

Good cause appearing and application having been made, **IT IS HEREBY ORDERED** that copy costs of up to an additional $500.00 plus tax are authorized.

**IT IS FURTHER ORDERED** that Copy Connection is authorized to bill the Court directly for discovery, and will be paid directly by the Court upon submission of a properly prepared CJA 21 voucher.

**IT IS SO ORDERED.**

Date: 9/2/08

HONORABLE THOMAS WHELAN

UNITED STATES DISTRICT COURT JUDGE